E-filed on **October 23, 2012**

**Zachariah Larson**
Name
**7787**
Bar Code #
**10001 Park Run Drive**
**Las Vegas, NV 89145**
Address
**(702) 382-0711**
Phone Number

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:   **Michael James Bellon**

Case #   **12-20468**
Chapter  **7**
Trustee

Debtor(s)

## AMENDMENT COVER SHEET

**Amendment(s) to the following are transmitted herewith. Check all that apply.**

( )  Petition (must be signed by debtor *and* attorney for debtor per Fed. R. Bankr. P. 9011)
(**X**)  Summary of Schedules
( )  Schedule A - Real Property
( )  Schedule B - Personal Property
( )  Schedule C - Property Claimed as Exempt
(**X**)  Schedule D, E, or F, and/or Matrix, and/or List of Creditors or Equity Holders

   (**X**)   Add/delete creditor(s), change amount or classification of debt - **$30.00 fee required**

   ( )   Add/change address of already listed creditor, add name/address of attorney for already listed creditor, amend petition, attach new petition on converted case, supply missing document(s) - **no fee**

\* Must provide diskette and comply with Local Rule 1007 if add/delete creditor or add/change address of already listed creditor

( )  Schedule G - Schedule of Executory Contracts & Unexpired Leases
( )  Schedule H - Codebtors
( )  Schedule I - Current Income of Individual Debtor(s)
( )  Schedule J - Current Expenditures of Individual Debtor(s)
( )  Statement of Financial Affairs

### Declaration of Debtor

**I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.**

**/s/ Michael James Bellon**
**Michael James Bellon**
**Debtor's Signature**
**Date:**  **October 23, 2012**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re: **Michael James Bellon**, Debtor

Case No. **12-20468**

Chapter **7**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 523,739.00 | | |
| B - Personal Property | Yes | 3 | 52,988.49 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 595,738.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 445.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 5,266,358.93 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 6,166.67 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 12,976.35 |
| Total Number of Sheets of ALL Schedules | | 20 | | | |
| Total Assets | | | 576,727.49 | | |
| Total Liabilities | | | | 5,862,541.93 | |

**Form 6 - Statistical Summary (12/07)**

# United States Bankruptcy Court
## District of Nevada

In re **Michael James Bellon**, Debtor

Case No. **12-20468**

Chapter **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6F (Official Form 6F) (12/07)

In re  **Michael James Bellon**                                                    ,   Case No.  **12-20468**
                                          Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx0469**<br>**Creditor #: 1**<br>**Affiliated**<br>**Attn: Bankruptcy Dept. / Managing Agent**<br>**Po Box 790001**<br>**Sunrise Beach, MO 65079** | | - | **Opened 4/04/12 Last Active 7/05/12**<br>**InstallmentSalesContract** | | | | **840.00** |
| Account No. **-xxxxxxxxxxxx0763**<br>**Creditor #: 2**<br>**Amex**<br>**Attn: Bankruptcy Dept. / Managing Agent**<br>**P.O. Box 981537**<br>**El Paso, TX 79998** | | - | **Opened 9/23/87 Last Active 8/01/12**<br>**Credit Card Purchases** | | | | **423.00** |
| Account No. **xxxxxxxxxxxx7769**<br>**Creditor #: 3**<br>**Bank of America**<br>**Attn: Bankruptcy Dept/ Managing Agent**<br>**Po Box 15019**<br>**Wilmington, DE 19850** | | - | **Opened 2/24/04 Last Active 8/01/12**<br>**Credit Card Purchases** | | | | **9,950.00** |
| Account No. **xxxx-xxxx-xxxx-9425**<br>**Creditor #: 4**<br>**Chase**<br>**Attn: Bankruptcy Dept. / Managing Agent**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | | - | **Opened 1/12/94 Last Active 7/01/12**<br>**Credit Card Purchases** | | | | **18,169.00** |

__5__  continuation sheets attached

Subtotal (Total of this page)   **29,382.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael James Bellon**                                    ,   Case No.   **12-20468**
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx-xxxx-xxxx-4005 **Creditor #: 5 CitiCards** Attn: Bankruptcy Dept. / Managing Agent Po Box 6241 Sioux Falls, SD 57117 | | - | **Opened 8/01/98 Last Active 6/15/12 Credit Card Purchases** | | | | 16,757.00 |
| Account No. **Creditor #: 6 Dr. Kenneth Westfield** Attn: Bankruptcy Dept. / Managing Agent 2033 Glenview Drive Las Vegas, NV 89134 | X | - | **Business Expense (personal guaratee for Elysium Properties, LLC)** | | | | 500,000.00 |
| Account No. **Creditor #: 7 Dribble Dunk, LLC** C/o R.A. Joel Ferguson Attn: Bankruptcy Dept. / Managing Agent 6325 Harrison Drive Las Vegas, NV 89120 | X | - | **Business Expense (personal guaratee for Elysium Properties, LLC)** | | | | 150,000.00 |
| Account No. **Creditor #: 8 Elysium Enterprise, Inc.** Attn: Bankruptcy Dept. / Managing Agent 1408 Saintsbury Drive Las Vegas, NV 89144 | X | - | **Business Expense (personal guaratee for Elysium Properties, LLC)** | | | | 150,000.00 |
| Account No. **Creditor #: 9 Findlay Brothers, LLC** Attn: Bankruptcy Dept. / Managing Agent 310 N. Gibson Road Henderson, NV 89014 | | - | **Business Expense** | | | | 150,000.00 |

Sheet no. __1__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   966,757.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael James Bellon**,                                                   Case No. **12-20468**
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx9633<br>Creditor #: 10<br>Gecrb/Care<br>Attn: Bankruptcy Dept. / Managing Agent<br>P.O. Box 965036<br>Orlando, FL 32896-5036 | | - | Opened 4/20/12 Last Active 7/01/12<br>Credit Card Purchases | | | | 10,589.00 |
| Account No. xxxx-xxxx-xxxx-4048<br>Creditor #: 11<br>GECRB/Gap<br>Attn: Bankruptcy Dept. / Managing Agent<br>PO Box 965003<br>Orlando, FL 32896-5003 | | - | 07/2012<br>Credit Card Purchases | | | | 25.42 |
| Account No. A-11-636068-C<br>Creditor #: 12<br>Jackie Robinson<br>Attn: Bankruptcy Dept. / Managing Agent<br>6362 McLeod, Ste. 1<br>Las Vegas, NV 89121 | | - | Co-Defendant in pending lawsuit of Crystals at CityCenter, LLC v. Elysium Resorts, Inc., et al. | | | X | 0.00 |
| Account No. A-11-636068-C<br>Jackie Robinson<br>Attn: Bankruptcy Dept. / Managing Agent<br>3425 Cliff Shadow Parkway, Suite 110<br>Las Vegas, NV 89129 | | | Representing:<br>Jackie Robinson | | | | Notice Only |
| Account No.<br>Creditor #: 13<br>James Bellon<br>Attn: Bankruptcy Dept. / Managing Agent<br>3016 Tortuga Court<br>Orlando, FL 32825 | X | - | Business Expense (personal guaratee for Elysium Properties, LLC) | | | | 200,000.00 |

Sheet no. **2** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **210,614.42**

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael James Bellon**, Case No. **12-20468**
                 Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 14**<br>**Joel Ferguson**<br>**Attn: Bankruptcy Dept. / Managing Agent**<br>**3425 Cliff Shadows Parkway**<br>**Suite 110**<br>**Las Vegas, NV 89129** | X | - | **Business Expense (personal guaratee for Elysium Properties, LLC)** | | | | 46,942.00 |
| Account No.<br>**Creditor #: 15**<br>**Kay D'Acquisto**<br>**Attn: Bankruptcy Dept. / Managing Agent**<br>**565 Campus Oaks Ct.**<br>**Las Vegas, NV 89183** | X | - | **Business Expense (personal guaratee for Elysium Properties, LLC)** | | | | 20,000.00 |
| Account No.<br>**Creditor #: 16**<br>**Liberty Motor Sports**<br>**Attn: Bankruptcy Dept. / Managing Agent**<br>**115 E. Houston Street**<br>**Cleveland, TX 77327** | X | - | **Business Expense (personal guaratee for Elysium Properties, LLC)** | | | | 438,750.00 |
| Account No.<br>**Creditor #: 17**<br>**Monique Ellis (Monique Gordan-Ellis)**<br>**Attn: Bankruptcy Dept. / Managing Agent**<br>**1410 West Tonopah Drive**<br>**Las Vegas, NV 89106** | X | - | **Business Expense (personal guaratee for Elysium Properties, LLC)** | | | | 300,000.00 |
| Account No.<br>**Creditor #: 18**<br>**Ofir Ventura**<br>**Ventura Enterprises, Inc.**<br>**Attn: Bankruptcy Dept. / Managing Agent**<br>**4431 South Eastern Ave., Ste. 2**<br>**Las Vegas, NV 89119** | X | - | **Business Expense (personal guaratee for Elysium Properties, LLC)** | | | | 350,000.00 |

Sheet no. __3__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    1,155,692.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael James Bellon**                                                ,   Case No.   **12-20468**
                                   Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H/W/J/C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 19**<br>**Peter Bellon**<br>**c/o Bellon & Maningo**<br>**Attn: Bankruptcy Dept. / Managing Agent**<br>**732 South 6th Street, Ste 102**<br>**Las Vegas, NV 89101** | X | - | **Business Expense (personal guaratee for Elysium Properties, LLC)** | | | | **300,000.00** |
| Account No.<br>**Creditor #: 20**<br>**RA Energie**<br>**C/o Herve Mazzocco**<br>**Attn: Bankruptcy Dept. / Managing Agent**<br>**6000 S. Eastern Ave., Ste. 12A-D**<br>**Las Vegas, NV 89119** | X | - | **Business Expense (personal guaratee for Elysium Properties, LLC)** | | | | **175,000.00** |
| Account No.<br>**Creditor #: 21**<br>**Sam Ventura**<br>**Ventura Enterprises, Inc.**<br>**Attn: Bankruptcy Dept. / Managing Agent**<br>**4431 South Eastern Ave., Ste. 2**<br>**Las Vegas, NV 89119** | X | - | **Business Expense (personal guaratee for Elysium Properties, LLC)** | | | | **500,000.00** |
| Account No.<br>**Creditor #: 22**<br>**Summerlin North Association**<br>**Attn: Bankruptcy Dept. / Managing Agent**<br>**2120 Snow Trail**<br>**Las Vegas, NV 89134** | | - | **Home Owners Association** | | | | **0.00** |
| Account No.<br>**Creditor #: 23**<br>**Synergistic Holdings**<br>**C/o Mike Austin**<br>**Attn: Bankruptcy Dept. / Managing Agent**<br>**201 N. Church Street - Unit C**<br>**Bensenville, IL 60106** | X | - | **Business Expense (personal guaratee for Elysium Properties, LLC)** | | | | **100,000.00** |

Sheet no. __4__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **1,075,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael James Bellon**, Case No. __12-20468__
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. A-11-636068-C<br>**Creditor #: 24**<br>**The Crystals at CityCenter, LLC**<br>**c/o Snell & Wilmer, LLP**<br>**Attn: Bankruptcy Dept. / Managing Agent**<br>**3883 Howard Hughes Pkwy., Ste. 1100**<br>**Las Vegas, NV 89169** | | - | **07/2012**<br>**Judgment in pending litigation (Crystals at CityCenter, LLC v. Elysium Resorts, Inc. et al.)** | | | X | **1,678,913.51** |
| Account No.<br>**Creditor #: 25**<br>**Walter & Jacqueline Jagod Zinski**<br>**Attn: Bankruptcy Dept. / Managing Agent**<br>**2000 South Tenaya Way**<br>**Las Vegas, NV 89117** | X | - | **Business Expense (personal guaratee for Elysium Properties, LLC)** | | | | **150,000.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __5__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,828,913.51**

Total (Report on Summary of Schedules) **5,266,358.93**

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **Michael James Bellon**
Debtor(s)

Case No.    **12-20468**
Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __22__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **October 23, 2012**

Signature    **/s/ Michael James Bellon**
**Michael James Bellon**
Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.